State v. Torres, 1997 ND 5, 565 N.W.2d 505|N.D. Supreme Court|
State v. Torres, 1997 ND 5, 565 N.W.2d 505
[Go to Documents]
Filed Jan. 16, 1997
IN THE SUPREME COURT
STATE OF NORTH DAKOTA
1997 ND 5
State of North Dakota, Plaintiff and Appellee
v.
Juan A. Torres, Defendant and Appellant
Criminal No. 960244
Appeal from the District Court for Cass County, East Central Judicial District, the Honorable Norman J. Backes, Judge.
AFFIRMED.
Per Curiam. Stephen R. Dawson (argued), Assistant State's Attorney, P.O. Box 2806, Fargo, ND 58108-2806, for plaintiff and appellee.
Juan A. Torres, pro se.
State v. Torres
Criminal No. 960244
Per Curiam.
[¶1] Juan A. Torres appeals from an order revoking his deferred imposition of sentence for terrorizing and sentencing him to two years in prison. Torres claims he received ineffective assistance of counsel during the revocation proceeding. On this record, Torres has not shown his trial counsel was constitutionally ineffective. See, e.g., State v. Denney, 417 N.W.2d 181, 182-83 (N.D. 1987) (without a record scrutinizing the reasons underlying counsel's conduct, review of a claim of ineffective assistance of counsel is virtually impossible on direct appeal).
[¶2] We affirm the revocation order under N.D.R.App.P. 35.1(a)(4) and (7).
[¶3]
Gerald W. VandeWalle, C.J.
Dale V. Sandstrom
William A. Neumann
Mary Muehlen Maring
Herbert L. Meschke